**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St., #80594
San Francisco, CA 94104
Telephone:  (415) 488-8041
Facsimile:  (415) 651-9700
*Attorneys for Plaintiff*,
Diana Chalhoub

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIANA CHALHOUB,**<br><br>Plaintiff,<br><br>v.<br><br>**TOYOTA MOTOR CREDIT CORPORATION,**<br><br>Defendant. | **Case No.:** 3:21-cv-09128-CRB<br><br>*HON. CHARLES R. BREYER*<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT TOYOTA MOTOR CREDIT CORPORATION PURSUANT TO FRCP 41(A)(1)(A)(II)** ; ORDER |

///

///

///

///

///

///

///

---

**STIPULATION OF DISMISSAL AS TO DEFENDANT TOYOTA MOTOR CREDIT CORPORATION PURSUANT TO FRCP 41(A)(1)(A)(II)**

Plaintiff DIANA CHALHOUB, and Defendant TOYOTA MOTOR CREDIT CORPORATION hereby stipulate under FRCP 41(a)(1)(A)(ii) that all claims and causes of action be dismissed with prejudice as to Defendant TOYOTA MOTOR CREDIT CORPORATION, only, with each party bearing that party's own attorneys' fees and costs.

**THE CARDOZA LAW CORPORATION**

DATED: June 27, 2023     BY: /s/ LAUREN B. VEGGIAN
　　　　　　　　　　　　　　　MICHAEL F. CARDOZA, ESQ.
　　　　　　　　　　　　　　　LAUREN B. VEGGIAN, ESQ.
　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF
　　　　　　　　　　　　　　　DIANA CHALHOUB

**HOLLAND & KNIGHT**

DATED: June 27, 2023     BY: /s/DANIEL J. PASKY
　　　　　　　　　　　　　　　DANIEL J. PASKY, ESQ.
　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT,
　　　　　　　　　　　　　　　TOYOTA MOTOR CREDIT CORPORATION

# ATTESTATION AND CERTIFICATE OF SERVICE

I, Lauren B. Veggian, am the ECF user whose identification and password are being used to file this document and I hereby attest that all counsel whose electronic signatures appear within it provided their authority and concurrence.

I also hereby certify that on June 27, 2023, I electronically filed a true and correct copy of the foregoing STIPULATION OF DISMISSAL AS TO DEFENDANT TOYOTA MOTOR CREDIT CORPORATION PURSUANT TO FRCP 41(A)(1)(A)(II) with the Clerk of the Court for the United States District Court of California for the Northern District using the CM/ECF system. I also certify that all participants in this case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

**THE CARDOZA LAW CORPORATION**

DATED: June 27, 2023          BY: /s/ Lauren B. Veggian
                                   Lauren B. Veggian, Esq.
                                   Attorney for Plaintiff,
                                   Diana Chalhoub

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIANA CHALHOUB,** | **Case No.:** 3:21-cv-09128-CRB |
| Plaintiff, | *HON. CHARLES R. BREYER* |
| v. | **ORDER OF DISMISSAL AS TO DEFENDANT TOYOTA MOTOR CREDIT CORPORATIONPURSUANT TO FRCP 41(A)(1)(A)(II)** |
| **TOYOTA MOTOR CREDIT CORPORATION,** | |
| Defendant. | |

///

///

///

///

///

///

///

**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)**

**ORDER OF DISMISSAL**

Pursuant to the Stipulation of the parties under FRCP 41(a)(1)(A)(ii), IT IS ORDERED THAT all claims and causes of action be dismissed WITH prejudice as to Defendant TOYOTA MOTOR CREDIT CORPORATION, only, with each party bearing that party's own attorneys' fees and costs. The Court hereby retains ancillary jurisdiction to enforce the Settlement Agreement between the Parties, the terms of which are incorporated herein, for a period of twelve (12) months from the date of this Order. The Clerk is directed to close the file.

_____
HON. CHARLES R. BREYER
United States District Judge

Dated: __June 28, 2023__